UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 01, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON ROBLEDO GARCIA,

    Defendant.

Case No. 2:23-mj-00030-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAMON ROBLEDO GARCIA, Case No. 2:23-mj-00030-DB, Charge 18 U.S.C. § 1956(a)(3) - Money Laundering Sting Provision, from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ All available equity in two subject properties.

    \_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_ Appearance Bond with 10% Deposit

    _X_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 1, 2023 at 2:45 p.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE